IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ALAN EBERLY,<br><br>   Petitioner,<br><br>   v.<br><br>ROBERT NEUSCHMID,<br><br>   Respondent. | No. 2:19-CV-1631-MCE-DMC-P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (ECF No. 19) to file objections to the court's June 19, 2020 findings and recommendations. Good cause appearing therefor, the request is granted. The parties may file objections within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: July 13, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE