# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAY ALAN EBERLY, | No. 2:19-CV-1631-MCE-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| ROBERT NEUSCHMID, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Final judgment has been entered and Petitioner has appealed. Pending before the Court in this closed action is Petitioner's motion, ECF No. 46, for leave to proceed in forma pauperis. Petitioner's motion is denied because this action is closed. This denial is without prejudice to Petitioner seeking in forma pauperis status in the appellate court.

IT IS SO ORDERED.

Dated: August 18, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1